UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re    Case No. 15–30049
    Chapter 13
Charles R Brown, Jr. and Aprill D Brown

    Debtors

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4D, Montgomery, AL 36104

on March 10, 2015 at 10:00 AM

to consider and act upon the following:

*31* – Trustee's Objection to Confirmation of Chapter 13 Plan . (Reding, Curtis)

Dated: March 9, 2015

*(signature)*

Juan–Carlos Guerrero
Clerk, U.S. Bankruptcy Court