# IN THE UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

| | |
|---|---|
| **In the Matter of**: | } |
| | } Case No. 15-30049 |
| Charles R Brown, Jr. | } |
| Aprill D Brown | } Chapter 13 |
| | } |
| **Debtor(s)** | } |

## OBJECTION TO TRUSTEE'S MOTION TO DISMISS

COMES now the debtor(s) and objects to the Trustee's Motion to Dismiss based upon the following:

1. The debtor(s) filed this case on January 8, 2015.

2. Since the filing of the Chapter 13 case, the debtor(s) became behind in payments to the Trustee because the debtor lost his job.

3. The debtor(s) is now able to resume payments to the Trustee because the debtor has regained employment.

Wherefore, premises considered, the debtor(s) object to the case being dismissed

Respectfully submitted this the 28 day of September, 2015.

/s/ Richard D. Shinbaum
*Attorney for Debtor*:
Richard D. Shinbaum
Shinbaum & Associates
566 South Perry Street
P O Box 201
Montgomery, AL 36101
334-269-4440-   Selma
334-872-4545

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by CM/ECF on this day 28 day of September, 2015.

Chapter 13 Trustee, Curtis C. Reding
Bankruptcy Administrator, Teresa Jacobs