# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                                      Case No: 15-30049-DHW

CHARLES R BROWN JR                          Chapter 13

APRILL D BROWN

          Debtor(s)

---

## AMENDED

## TRUSTEE'S SUMMARY OF CONFIRMED CHAPTER 13 PLAN

---

The debtor's Chapter 13 case was filed on January 08, 2015. A summary of the plan or the final modification was transmitted to the creditors under Fed. R. Bankr. P. 3015. The Confirmation hearing for the debtor(s) plan was held on Tuesday, May 10, 2016, and on that date the Court ordered the plan confirmed.

Following is a Summary of the plan as confirmed by the Court.

1. Payments and Length of Plan:

   Amount of debtor(s) plan payments:

   **DEBTOR PAY SCHEDULE**

| DEBTOR NAME | PAYEE NAME | AMOUNT | FREQUENCY | START DATE |
|---|---|---|---|---|
| APRILL D BROWN | FIELD DATA SERVICES | 290.00 | BI-WEEKLY | 02/07/2015 |
| APRILL D BROWN | BONNIE PLANTS INC | 200.00 | BI-WEEKLY | 10/07/2015 |
| APRILL D BROWN | FIBLAST LLC | 200.00 | BI-WEEKLY | 10/26/2015 |
| APRILL D BROWN | UPS | 290.00 | BI-WEEKLY | 03/29/2016 |
| APRILL D BROWN | FIBLAST LLC | 290.00 | BI-WEEKLY | 01/07/2016 |
| APRILL D BROWN | WILLIAMS ARTHUR AGENCY | 290.00 | BI-WEEKLY | 04/08/2016 |
| APRILL D BROWN | WILLIAMS ARTHUR AGENCY | 180.00 | WEEKLY | 05/13/2016 |
| APRILL D BROWN | WILLIAMS ARTHUR AGENCY | 200.00 | BI-WEEKLY | 10/07/2016 |
| APRILL D BROWN | WILLIAMS ARTHUR AGENCY | 290.00 | BI-WEEKLY | 01/07/2017 |
| APRILL D BROWN | WILLIAMS ARTHUR AGENCY | 200.00 | BI-WEEKLY | 10/07/2017 |
| APRILL D BROWN | WILLIAMS ARTHUR AGENCY | 290.00 | BI-WEEKLY | 01/07/2018 |
| APRILL D BROWN | WILLIAMS ARTHUR AGENCY | 200.00 | BI-WEEKLY | 10/07/2018 |
| APRILL D BROWN | WILLIAMS ARTHUR AGENCY | 290.00 | BI-WEEKLY | 01/07/2019 |
| APRILL D BROWN | WILLIAMS ARTHUR AGENCY | 200.00 | BI-WEEKLY | 10/07/2019 |
| APRILL D BROWN | WILLIAMS ARTHUR AGENCY | 290.00 | BI-WEEKLY | 01/07/2020 |

Period of payments: 56 months or until a 'POT' of $9,600.00 is paid to unsecured creditors.

In re                                                     Case No: 15-30049-DHW
CHARLES R BROWN JR                               Chapter 13
APRILL D BROWN
              Debtor(s)

Payable to:    **Chapter 13 Trustee**
                 **P. O. Box 613108**
                 **MEMPHIS TN  38101-3108**

2.  Senior expenses and Administrative claims to be paid:

### ADMINISTRATIVE EXPENSES

| | | |
|---|---|---|
| Debtor's Attorney | Attorney's Fee Allowed | $3,000.00 |
| Chapter 13 Trustee | Notice Fee @ $.50 per copy | $11.00 |
| Chapter 13 Trustee | Trustee Administrative Fee | $227.38 |
| Clerk of  Court | Filing Fee | $260.00 |

### SECURED, PRIORITY AND SPECIAL CLAIMS

**Secured**

| Creditor | 910/365 | Collateral Value | Interest | Payment |
|---|---|---|---|---|
| ALABAMA POWER CO | Y | $600.00 | 4.25 % | $16.00 |
| SPRINGLEAF FINANCIAL SERVICES | Y | $1,000.00 | 4.25 % | $20.00 |
| AMERIFIRST BANK | N | $16,960.00 | 4.75 % | $349.00 |
| APCO EMPLOYEES CREDIT UNION | N | $5,100.00 | 4.75 % | $120.00 |
| INTERNAL REVENUE SERVICE | N | $200.00 | 0.00 % | $59.00 |

3.  Payments on allowed unsecured claims (including undersecured claims) will be made after senior expenses and claims are paid.

Dated this Friday, May 13, 2016.                 /s/ *Curtis C. Reding.*
                                                      Curtis C. Reding
                                                      Chapter Thirteen Trustee

In re
CHARLES R BROWN JR
APRILL D BROWN
       Debtor(s)

---

**AMENDED**

**TRUSTEE'S SUMMARY OF CONFIRMED CHAPTER 13 PLAN**

---

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on all parties in interest, by either electronic mail or by placing them in the United States Mail, postage prepaid, and properly addressed, this Friday, May 13, 2016.

/s/ *Curtis C. Reding*
Curtis C. Reding
Chapter Thirteen Trustee