# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re

Charles R Brown, Jr. and Aprill D Brown,

    Debtors.

Case No. 15−30049
Chapter 13

## (Amended) ORDER CONFIRMING PLAN

The debtors' plan was filed on January 8, 2015. The plan or a summary of the plan was transmitted to creditors pursuant to Bankruptcy Rule 3015. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

It is **ORDERED** that the debtors chapter 13 plan, as amended, if applicable, is **confirmed**.

Dated October 18, 2016

William R. Sawyer
United States Bankruptcy Judge