<pre>
                    UNITED STATES BANKRUPTCY COURT
                       MIDDLE DISTRICT OF ALABAMA
</pre>

In re                                                  Case No. 15−30049
                                                       Chapter 13
Charles R Brown, Jr. and Aprill D Brown,

     Debtors.

**NOTICE**

PLEASE TAKE NOTICE that a telephone hearing will be held on October 17, 2017 at 01:30 PM to consider and act upon the following:

*80* − Motion for Relief from Stay . Fee Amount $181 filed by Michael A. Harrison on behalf of APCO Employees Credit Union. (Attachments: # 1 Exhibit) (Harrison, Michael)

---

Each party wishing to be heard must call the phone number below at least 5 minutes prior to the commencement of court.

PHONE: **1−888−431−3632 Participant Code: 263400**
CONFERENCE HOST: Bill Livingston

You will be asked to provide the name of the conference host and the name of the caller.

Conference calls may be broadcast throughout the courtroom. Be sure you mute your telephone until your case is called. Additionally, please do not place the call on hold because many companies use background music while the call is on hold. Remain silent while you wait, and do not address the court until are called upon. Be sure you follow the conference coordinator's instructions.

If you cannot mute your phone:

- Do not shuffle papers or type on keyboard
- Refrain from making unnecessary noise
- Turn off electronics such as televisions and radios that broadcast sound

Case 15-30049    Doc 83    Filed 10/01/17    Entered 10/02/17 00:09:44    Desc Imaged
                        Certificate of Notice    Page 1 of 3

Cases are called in the order determined by the court. Your case will be called as soon as possible.

Dated September 29, 2017

*Juan-Carl Guerr*

Juan–Carlos Guerrero
Clerk of Court

```
                          United States Bankruptcy Court
                           Middle District of Alabama
In re:                                                      Case No. 15-30049-WRS
Charles R Brown, Jr.                                        Chapter 13
Aprill D Brown
        Debtors                  CERTIFICATE OF NOTICE
District/off: 1127-2      User: blivingst         Page 1 of 1         Date Rcvd: Sep 29, 2017
                          Form ID: nhATT888       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2017.
db             +Charles R Brown, Jr.,   215 Holland Drive,   Tallassee, AL 36078-6112

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2017 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Bowdy J. Brown    on behalf of Creditor    AmeriFirst Bank bbrown@sasserlawfirm.com,
               kwaldrop@sasserlawfirm.com;bhargett@sasserlawfirm.com
              Charles N. Parnell, III    on behalf of Creditor    East Montgomery Family Practice
               bkrp@parnellsoutheast.com
              Charles N. Parnell, III    on behalf of Creditor    Merchants Adjustment Service
               bkrp@parnellsoutheast.com
              Dustin B Hargett    on behalf of Creditor    AmeriFirst Bank bhargett@sasserlawfirm.com,
               scloutier@sasserlawfirm.com
              Michael A. Harrison    on behalf of Creditor    APCO Employees Credit Union mharrison@keygreer.com,
               bankruptcy@keygreer.com;john@tks-inc.com;honiejo@keygreer.com;lori@keygreer.com;lori@keygreer.com
              Richard D. Shinbaum    on behalf of Joint Debtor Aprill D Brown rshinbaum@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Richard D. Shinbaum    on behalf of Debtor Charles R Brown, Jr. rshinbaum@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Sabrina L. McKinney    trustees_office@ch13mdal.com
                                                                                              TOTAL: 9